UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                        :

EBERHARD KORNOTZKI,               :

                        :

              Plaintiff,      :        19-CV-6689 (JMF)

                        :

          -v-                :           ORDER

                        :

TARIQ JAWAD et al.,            :

                        :

              Defendants.    :

                        :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 12, 2019, Plaintiff filed a motion to dismiss Defendant Tariq Jawad's counterclaims under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Defendant shall file any amended counterclaims by **December 4, 2019**. Defendant will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Defendant does amend, by three (3) weeks after the amended complaint is filed, Plaintiff shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that he relies on the previously filed motion to dismiss. If Plaintiff files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Plaintiff files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended counterclaims are filed, Defendant shall file any opposition to the motion to dismiss by **December 4, 2019**. Plaintiff's reply, if any, shall be filed by **December 11, 2019**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: November 13, 2019
      New York, New York                             _____
                                          JESSE M. FURMAN
                                   United States District Judge