UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EBERHARD KORNOTZKI,

      Plaintiff,      19-CV-6689 (JMF)

  -v-      ORDER

TARIQ JAWAD,

      Defendant.
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  In light of Plaintiff's new motion to dismiss, *see* ECF No. 28, Plaintiff's earlier motion to dismiss filed at ECF No. 20 is hereby DENIED as moot. Defendant's opposition to the new motion to dismiss is due by **January 13, 2020**. Plaintiff's reply, if any, is due by **January 20, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

  The Clerk of Court is directed to terminate ECF No. 20.

  SO ORDERED.

Dated: December 30, 2019
   New York, New York        _____
                   JESSE M. FURMAN
                 United States District Judge